# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-1255

_____

Richard W. Caw

*Plaintiff - Appellant*

v.

Portfolio Recovery Associates, LLC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: October 4, 2013
Filed: November 6, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Richard Caw appeals from an order of the District Court[1] granting summary
judgment to Portfolio Recovery Associates, LLC, (PRA) in this action brought by

_____

[1]The Honorable Fernando J. Gaitan, Chief Judge, United States District Court
for the Western District of Missouri.

Caw under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p (FDCPA). Having carefully reviewed the record, we are satisfied that Caw's failure to establish the date on which PRA made the allegedly prohibited telephone call was fatal to his claim. See Freyermuth v. Credit Bureau Servs. Inc., 248 F.3d 767, 770 (8th Cir. 2001) (noting that appellate court reviews the grant of summary judgment de novo, viewing facts in a light most favorable to the nonmoving party); 15 U.S.C. § 1692k(d) (stating that an action to enforce any liability created by the FDCPA may be brought within one year from the date on which the violation occurs). The evidence was sufficient to establish that there was no violation of the general or specific terms of the FDCPA, and summary judgment was proper. Accordingly, we affirm the judgment of the District Court.

_____